```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04727
   DERRELL BUCHANAN
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-2108


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/16/07 .

    2.  The case was dismissed without confirmation, 07/20/2007.


------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE     CURRENT MORTG        .00              .00             .00
NATIONAL CITY MORTGAGE     MORTGAGE ARRE  NOT FILED              .00             .00
INTERNAL REVENUE SERVICE   PRIORITY       NOT FILED              .00             .00
INTERNAL REVENUE SERVICE   UNSECURED      NOT FILED              .00             .00
ACC INTERNATIONAL          UNSECURED      NOT FILED              .00             .00
CITY OF JOLIET             UNSECURED      NOT FILED              .00             .00
COMED                      UNSECURED      NOT FILED              .00             .00
JOLIET JUNIOR COLLEGE      UNSECURED      NOT FILED              .00             .00
          Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER          TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    .00          .00          .00          .00            .00
PRINCIPAL PAID        .00          .00          .00          .00            .00
INTEREST PAID         .00          .00          .00          .00            .00
TOTAL PAID            .00          .00          .00          .00            .00
The Debtor's attorney, THOMAS W DREXLER         , was allowed $    3000.00
and was paid $      26.00  direct and $       .00 through the plan.

The Trustee received $        .00 .

Refunds to the Debtor totaled $         .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/09/07               /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

PAGE   2
CASE NO. 07 B 04727 DERRELL BUCHANAN